# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | DOCKET NO. 3:17cr14 |
| V. | ORDER |
| ANTHONY ANGLE | |

This MATTER is before the Court on Defendant's pro se Motion for Compassionate Release (Doc. No. 131)

The Court hereby ORDERS the Government to respond to the merits of Defendant's motion including arguments and/or concessions on the 18 USCA § 3553(a) factors. If applicable, the response should also include whether or not Defendant has received, is scheduled to receive, or has refused to receive the COVID-19 vaccine. The Government shall have thirty (30) days from the date of this Order to file its response with the Court. The Government shall advise the United States Probation Office if the Government believes a supplemental Presentence Investigation Report will be required.

IT IS SO ORDERED.

Signed: November 8, 2021

Frank D. Whitney
United States District Judge