UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-00014-FDW-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) | |
| | ) | ORDER |
| ANTHONY ANGLE, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Motion to Compassionate Release (Doc. No. 131). The Court DENIES AS MOOT the motion.

While Defendant's motion for compassionate release was pending, Defendant was released from the custody of the Bureau of Prisons. (See https://www.bop.gov/inmateloc/ visited 5/17/2022). After reviewing the relief requested by Defendant in his motion and his specific arguments asserted in support thereof, the Court DENIES AS MOOT Defendant's motion.

IT IS THEREFORE ORDEREED that Defendant's Motion for Compassionate Release (Doc. No. 131) is DENIED AS MOOT.

IT IS SO ORDERED.

Signed: May 17, 2022

Frank D. Whitney
United States District Judge